Julius Ryniecki, Appellee, v. Chester Sipiora, and Shirley Sipiora, Appellants.

Gen. No. 46,730.    (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

Eugene R.
Ward, for appellants; Howard & Howard, for appellee; Edward
C. Hofert, of counsel. Opinion by JUDGE BURKE. Not to be
published in full.